IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAROLYN J. ALLEN, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>LITTON LOAN SERVICING, and :<br>MORTGAGE ELECTRONIC :<br>REGISTRATION SYSTEM, INC., :<br>:<br>Defendants. : | CIVIL ACTION FILE NO.<br>1:10-CV-01562-TWT-AJB |

**ORDER FOR SERVICE OF**
**REPORT AND RECOMMENDATION**

Attached is the Report and Recommendation of the United States Magistrate Judge made in accordance with 28 U.S.C. § 636(b)(1), FED. R. CIV. P. 72(b), N.D. Ga. R. 72.1(B), (D), and Standing Order 08-01 (N.D. Ga. June 12, 2008). Let the same be filed and a copy, with a copy of this order, be served upon counsel for the parties or, if a party is not represented, upon that party directly.

Pursuant to 28 U.S.C. § 636(b)(1), each party may file written objections, if any, to the Report and Recommendation within **fourteen (14)** days of service of this Order. Should objections be filed, they shall specify with particularity the alleged error(s) made (including reference by page number to any transcripts if applicable) and shall be

AO 72A
(Rev.8/82)

served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court. If no objections are filed, the Report and Recommendation may be adopted as the opinion and order of the District Court and any appellate review of factual findings will be limited to a plain error review. *United States v. Slay*, 714 F.2d 1093 (11th Cir. 1983).

The Clerk is directed to submit the Report and Recommendation with objections, if any, to the District Court after expiration of the above time period.

**IT IS SO ORDERED and DIRECTED**, this ___28th___ day of __June__, 2010.

_____
**ALAN J. BAVERMAN**
**UNITED STATES MAGISTRATE JUDGE**

2

AO 72A
(Rev.8/82)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CAROLYN J. ALLEN,** : | |
| : | **CIVIL ACTION FILE NO.** |
| **Plaintiff,** : | **1:10-CV-01562-TWT-AJB** |
| : | |
| v. : | |
| : | |
| **LITTON LOAN SERVICING, and** : | |
| **MORTGAGE ELECTRONIC** : | |
| **REGISTRATION SYSTEM, INC.,** : | |
| : | |
| **Defendants.** : | |

## UNITED STATES MAGISTRATE JUDGE'S
## FINAL REPORT AND RECOMMENDATION

On May 26, 2010, the Court ordered Plaintiff to replead her boilerplate, shotgun complaint within 21 days of the order. [Doc. 2]. As a result, Plaintiff had until June 16, 2010, to file a repleaded complaint. According to the Docket, Plaintiff has not complied with the Court's order. [*See* Dkt.]. Under this Court's Local Rules, a court may dismiss a civil case without prejudice if a party "fail[s] or refuse[s] to obey a lawful order of the court." N.D. Ga. R. 41.3A(1). Since Plaintiff has not complied with the Court's order to replead, the Court finds that the Plaintiff's case should be dismissed without prejudice pursuant to Local Rule 41.3A(1). Accordingly, the Court

AO 72A
(Rev.8/8
2)

**RECOMMENDS** that Plaintiff's civil action be **DISMISSED WITHOUT PREJUDICE**.

The Clerk is **DIRECTED** to terminate the reference to the undersigned.

**IT IS SO RECOMMENDED AND DIRECTED**, this the 28th day of June, 2010.

_____
**ALAN J. BAVERMAN**
**UNITED STATES MAGISTRATE JUDGE**