IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CAROLYN J. ALLEN,

   Plaintiff,

  v.

LITTON LOAN SERVICING, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-1562-TWT

### ORDER

This is an action arising out of a residential loan foreclosure proceeding. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action for failure to comply with a lawful Order of the Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 23 day of July, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Allen\r&r.wpd